| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christopher A. Frey | Social Security number or ITIN xxx–xx–3086 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ronni M. Frey | Social Security number or ITIN xxx–xx–5188 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26954–SLM | |

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher A. Frey                               Ronni M. Frey
                                                  aka Ronni Barnes

2/3/20                                            **By the court:** Stacey L. Meisel
                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-26954-SLM
Christopher A. Frey                                            Chapter 7
Ronni M. Frey
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Feb 03, 2020
                             Form ID: 318             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db/jdb         +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111
aty            +Forman Holt,    66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,     1599 Hamburg Turnpike,
                 Wayne, NJ 07470-4093
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO W,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517166929      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517022010      +CAF International Co.,    14 Seymour Street,    Caldwell, NJ 07006-6111
517311317      +JPMorgan Chase Bank, N.A.,    c/o Mark A. Jarman,    P.O. Box 29950, Mailcode AZ1-1004,
                 Phoenix, Arizona 85038-0950
517022015      +Jialimeiya International, Inc.,    1048 Greene Terrace,     Davis, CA 95618-6374
517022017       PNC Bank,    249 Fifth Ave,    One PNC Plaza,    Pittsburgh, PA 15222
517216029      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517022016      +Phelan, Hallinan, Diamond & Jones, LLP,     400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
517022018      +Rubin & Rothman, LLC,    David Kowalenko, Esq.,    1787 Veterans Highway,    Suite 32,
                 Islandia, NY 11749-1500
517022019      +Saldutti Law Group,    Brian J. Schaffer, Esq.,    800 North Kings Highway,    Suite 300,
                 Cherry Hill, NJ 08034-1511
517048776      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,     PO Box 9013,
                 Addison, Texas 75001-9013
517071286      +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,     P.O. Box 29482,    Phoenix, AZ 85038-8650,
                 Telephone number: (888) 715-4315,     BDBKInquiry@wellsfargo.com 85038-9482
517022022      +Wells Fargo Bank, N.A.,    690 West Cuthbert Blvd.,    Collingswood, NJ 08108-3642
517057827      +Wells Fargo Bank, N.A.,    c/o Saldutti Law Group,    800 N. Kings Highway, Suite 300,
                 Cherry Hill, NJ 08034-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: cforman@iq7technology.com Feb 04 2020 00:45:39      Charles M. Forman,
                 Forman Holt,    365 West Passaic St.,    Suite 400,   Rochelle Park, NJ 07662-3017
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 00:44:42      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 00:44:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517148172        EDI: BECKLEE.COM Feb 04 2020 05:03:00      American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
517022008       +EDI: AMEREXPR.COM Feb 04 2020 05:03:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
517022009        EDI: BANKAMER.COM Feb 04 2020 05:03:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517022011       +EDI: CAPITALONE.COM Feb 04 2020 05:03:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517022012       +EDI: CHASE.COM Feb 04 2020 05:03:00      Chase,   270 Park Ave.,   New York, NY 10017-2070
517022013       +EDI: CHASE.COM Feb 04 2020 05:03:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
517022014       +EDI: CITICORP.COM Feb 04 2020 05:03:00      Citicards Cbna,
                 Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,   Saint Louis, MO 63179-0040
517231720        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 00:50:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517127404        EDI: PRA.COM Feb 04 2020 05:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517022020        EDI: TFSR.COM Feb 04 2020 05:03:00      Toyota Motor Credit Co,   Po Box 8026,
                 Cedar Rapids, IA 52408
517054265        EDI: BL-TOYOTA.COM Feb 04 2020 05:03:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   PO Box 3001,    Malvern  PA 19355-0701
518190021       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 00:44:38      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
517022024        EDI: WFFC.COM Feb 04 2020 05:03:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701
517022021       +EDI: WFFC.COM Feb 04 2020 05:03:00      Wells Fargo Bank Nv Na,   Po Box 31557,
                 Billings, MT 59107-1557
517082467       +EDI: WFFC.COM Feb 04 2020 05:03:00      Wells Fargo Bank, N.A.,   Attention Payment Processing,
                 MAC# X2302-04C,   1 Home Campus,    Des Moines, Iowa 50328-0001
517111394        EDI: WFFC.COM Feb 04 2020 05:03:00      Wells Fargo Bank, N.A.,   Home Equity Group,
                 1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
517022023       +EDI: WFFC.COM Feb 04 2020 05:03:00      Wells Fargo Bank, N.A.,   420 Montgomery Street,
                 Attn: Bankruptcy Dept.,   San Francisco, CA 94104-1298
                                                                                              TOTAL: 20
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 03, 2020
                              Form ID: 318             Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles M. Forman,    Forman Holt,   365 West Passaic St.,   Suite 400,
               Rochelle Park, NJ 07662-3017
cr*          +Wells Fargo Bank, N.A.,    c/o Saldutti Law Group,   800 N. Kings Highway,   Suite 300,
               Cherry Hill, NJ 08034-1511
517078974*   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian J. Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. bschaffer@slgcollect.com,
               kcollins@slgcollect.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David L. Stevens    on behalf of Debtor Christopher A. Frey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Joint Debtor Ronni M. Frey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO
               WACHOVIA BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 15
```