UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                      Case No.: <u>17-26954 (SLM)</u>

CHRISTOPHER A. FREY and                                     Chapter: <u>               7               </u>
RONNI M. FREY,

                Debtors.                       Judge: <u>Hon. Stacey L. Meisel</u>

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Charles M. Forman, Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    United States Bankruptcy Court
>                                  50 Walnut Street
>                                  Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on March 10, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A, 50 Walnut Street, Newark, NJ 07102 (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of Action: The Trustee asserts that the inheritance received by Debtor, Ronni Frey, during the Chapter 11 (the "Inheritance") is property of the estate. The Trustee also asserts that the value of the property located at 13 Seymour Street, Caldwell, New Jersey (the "Property") has equity of $20,000.

> Pertinent terms of settlement: The Trustee proposes to accept from the Debtors $50,000 to resolve the estate's claim to the Inheritance and $20,000 for the estate's interest in the Property.

Objections must be served on, and requests for additional information directed to:
Name:           Erin J. Kennedy, Esq., Forman Holt
Address:        365 West Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Telephone No.: 201-845-1000

F0073275 - 1

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 17-26954-SLM
Christopher A. Frey                                                 Chapter 7
Ronni M. Frey
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2                  Date Rcvd: Feb 07, 2020
                                Form ID: pdf905             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db/jdb         +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111
aty            +Forman Holt,    66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,
                 Wayne, NJ 07470-4093
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO W,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517148172       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517022008      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517022009     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517166929      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517022010      +CAF International Co.,    14 Seymour Street,    Caldwell, NJ 07006-6111
517022012      +Chase,   270 Park Ave.,    New York, NY 10017-2070
517022013      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517022014      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517311317      +JPMorgan Chase Bank, N.A.,    c/o Mark A. Jarman,    P.O. Box 29950, Mailcode AZ1-1004,
                 Phoenix, Arizona 85038-0950
517022015      +Jialimeiya International, Inc.,    1048 Greene Terrace,    Davis, CA 95618-6374
517022017       PNC Bank,    249 Fifth Ave,    One PNC Plaza,    Pittsburgh, PA 15222
517216029      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517022016      +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
517022018      +Rubin & Rothman, LLC,    David Kowalenko, Esq.,    1787 Veterans Highway,    Suite 32,
                 Islandia, NY 11749-1500
517022019      +Saldutti Law Group,    Brian J. Schaffer, Esq.,    800 North Kings Highway,    Suite 300,
                 Cherry Hill, NJ 08034-1511
517022020     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517048776      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517054265       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517022024     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
517071286      +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,    P.O. Box 29482,    Phoenix, AZ 85038-8650,
                 Telephone number: (888) 715-4315,    BDBKInquiry@wellsfargo.com 85038-9482
517022021      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
517111394       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
517082467      +Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines, Iowa 50328-0001
517022023      +Wells Fargo Bank, N.A.,    420 Montgomery Street,    Attn: Bankruptcy Dept.,
                 San Francisco, CA 94104-1298
517022022      +Wells Fargo Bank, N.A.,    690 West Cuthbert Blvd.,    Collingswood, NJ 08108-3642
517057827      +Wells Fargo Bank, N.A.,    c/o Saldutti Law Group,    800 N. Kings Highway, Suite 300,
                 Cherry Hill, NJ 08034-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2020 00:51:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517022011      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 08 2020 00:54:20      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517231720       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2020 00:53:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517127404       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 00:53:44
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
518190021      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:02      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 6
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Feb 07, 2020
                              Form ID: pdf905            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wells Fargo Bank, N.A.,    c/o Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
               Cherry Hill, NJ 08034-1511
517078974*   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian J. Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. bschaffer@slgcollect.com,
               kcollins@slgcollect.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David L. Stevens    on behalf of Debtor Christopher A. Frey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Joint Debtor Ronni M. Frey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO
               WACHOVIA BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 15
```