|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on March 11, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christopher A. Frey and Ronni M. Frey,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

### ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED**.

**DATED: March 11, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0073277 - 1

Page (2)
Debtor:     Christopher A. Frey and Ronni M. Frey
Case No.:   17-26954 (SLM)
Caption:    Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019

**THIS MATTER**, having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), through his attorneys, Forman Holt, seeking the entry of an order approving his settlement with the Debtors pursuant Rule 9019(a) of the Federal Rules of Bankruptcy Procedure; and the court having considered the pleadings submitted in support of the motion, as well as any opposition filed; and it appearing that good and sufficient notice of the proposed settlement having been provided to the Office of the United States Trustee, all creditors and other parties-in-interest; and for good cause shown; it is

**ORDERED AS FOLLOWS:**

1. The Settlement Agreement attached as Exhibit A (the "Settlement Agreement") to the Certification of Charles M. Forman, Chapter 7 Trustee, filed in support of the Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019 is hereby approved.

2. Christopher A. Frey and Ronni M. Frey shall pay $70,000 to the estate pursuant to the Settlement Agreement.

3. The Settlement Agreement resolves all claims asserted by the Trustee against the Debtors. The Debtors are released by the Trustee in consideration for the payment of the settlement amount.

4. The Trustee is authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the Settlement Agreement.

5. This court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order and the Settlement Agreement approved herein.

F0073277 - 1