| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on March 11, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Christopher A. Frey and Ronni M. Frey,<br><br>                        Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

      The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED**.

**DATED: March 11, 2020**

                                                    _/s/ Stacey L. Meisel_
                                                    Honorable Stacey L. Meisel
                                                    United States Bankruptcy Judge

F0073277 - 1

Page (2)
Debtor:     Christopher A. Frey and Ronni M. Frey
Case No.:   17-26954 (SLM)
Caption:    Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019

**THIS MATTER**, having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), through his attorneys, Forman Holt, seeking the entry of an order approving his settlement with the Debtors pursuant Rule 9019(a) of the Federal Rules of Bankruptcy Procedure; and the court having considered the pleadings submitted in support of the motion, as well as any opposition filed; and it appearing that good and sufficient notice of the proposed settlement having been provided to the Office of the United States Trustee, all creditors and other parties-in-interest; and for good cause shown; it is

**ORDERED AS FOLLOWS:**

1.  The Settlement Agreement attached as Exhibit A (the "Settlement Agreement") to the Certification of Charles M. Forman, Chapter 7 Trustee, filed in support of the Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019 is hereby approved.

2.  Christopher A. Frey and Ronni M. Frey shall pay $70,000 to the estate pursuant to the Settlement Agreement.

3.  The Settlement Agreement resolves all claims asserted by the Trustee against the Debtors.  The Debtors are released by the Trustee in consideration for the payment of the settlement amount.

4.  The Trustee is authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the Settlement Agreement.

5.  This court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order and the Settlement Agreement approved herein.

F0073277 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher A. Frey  
Ronni M. Frey  
    Debtors

Case No. 17-26954-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 11, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db/jdb        +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Brian J. Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. bschaffer@slgcollect.com,  
         kcollins@slgcollect.com  
        Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,  
         njbankruptcynotifications@logs.com  
        Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,  
         lcapasso@formanlaw.com;cforman@iq7technology.com  
        David L. Stevens    on behalf of Debtor Christopher A. Frey dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur  
         a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        David L. Stevens    on behalf of Joint Debtor Ronni M. Frey dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur  
         a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,  
         jkisla@formanlaw.com  
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
        Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO  
         WACHOVIA BANK, N.A. nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                     TOTAL: 15