| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on June 23, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>                       Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

## ORDER GRANTING TRUSTEE'S FIRST OMNIBUS MOTION
## TO DISALLOW AND/OR RECLASSIFY CLAIMS

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: June 23, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0084637 - 1

Page 2
Debtors: Christopher A. Frey and Ronni M. Frey
Case No. 17-26954 (SLM)
Caption: Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify Claims

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an order disallowing and/or reclassifying certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on Exhibit A attached hereto be and hereby are disallowed and expunged in their entirety; and it is further

**ORDERED** that the claims set forth on Exhibit B attached hereto be and hereby are reclassified to general unsecured claims.

F0084637 - 1

## EXHIBIT A

### (Disallowed Claims)

| Claimant | Claim No. |
|---|---|
| Toyota Lease Trust | 1 |
| Toyota Lease Trust | 5 |
| Toyota Motor Credit Corp. | 13 |
| American Express Bank, FSB | 15 |

F0084637 - 1

## EXHIBIT B

### (Reclassified Claims)

| Claimant | Claim No. | Modified Classification |
|---|---|---|
| Wells Fargo Bank, N.A. | 6 | General Unsecured |
| Wells Fargo Bank, N.A. | 7 | General Unsecured |

F0084637 - 1

F0084637 - 1