Order Filed on June 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Christopher A. Frey and Ronni M. Frey | Case No.: 17-26954<br>Chapter: 7<br>Hearing Date: N/A<br>Judge: Stacey L. Meisel |

# ORDER VACATING

Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify Claims filed at Docket No. 153

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 24, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify Claims filed at Docket No. 153

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____06/23/2020_____, be and the same is hereby vacated.

*revised 2/25/14*