| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on June 24, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

### AMENDED ORDER GRANTING TRUSTEE'S FIRST OMNIBUS MOTION TO DISALLOW AND/OR RECLASSIFY CLAIMS

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: June 24, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0089934 - 1

Page 2
Debtors:   Christopher A. Frey and Ronni M. Frey
Case No.   17-26954 (SLM)
Caption:   Amended Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify Claims

---

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an order disallowing and/or reclassifying certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on Exhibit A attached hereto be and hereby are disallowed and expunged in their entirety; and it is further

**ORDERED** that the claims set forth on Exhibit B are not secured by the assets recovered by the trustee and shall be reclassified to be general unsecured claims for the purposes of receiving a distribution from those assets; however, this order shall not affect the claim holders' liens on real property. The liens shall remain secured liens and shall pass through the bankruptcy case unaffected by the discharge. The claim holders may proceed with their state court rights once the bankruptcy case is closed and pursue their in rem rights against the property commonly known as 14 Seymour Street, Caldwell, NJ 07006.

F0089934 - 1

## **EXHIBIT A**

### **(Disallowed Claims)**

| Claimant | Claim No. |
|---|---|
| Toyota Lease Trust | 1 |
| Toyota Lease Trust | 5 |
| Toyota Motor Credit Corp. | 13 |
| American Express Bank, FSB | 15 |

F0089934 - 1

# EXHIBIT B

## (Reclassified Claims)

| Claimant | Claim No. | Modified Classification |
|---|---|---|
| Wells Fargo Bank, N.A. | 6 | General Unsecured |
| Wells Fargo Bank, N.A. | 7 | General Unsecured |

F0089934 - 1