UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com

Order Filed on June 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER A. FREY and RONNI M. FREY,

Debtors.

Chapter 7

Case No. 17-26954 (SLM)

Judge:  Hon. Stacey L. Meisel

Hearing Date:  June 16, 2020
At 10:00 a.m.

### ORDER ALLOCATING ASSETS AND CLAIMS TO EACH DEBTOR

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: June 23, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0083042 - 1

Page 2
Debtors:    Christopher A. Frey and Ronni M. Frey
Case No.    17-26954 (SLM)
Caption:    Order Allocating Assets and Claims to Each Debtor

---

Upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an order allocating assets and claims to each Debtor and for related relief; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims listed on Exhibit A attached hereto are allocated to the estate of Christopher A. Frey; and it is further

**ORDERED** that the claims listed on Exhibit B attached hereto are allocated to the estate of Ronni M. Frey; and it is further

**ORDERED** that the claims listed on Exhibit C attached hereto are allocated to the estates of Christopher A. Frey and Ronni M. Frey, jointly and severally; and it is further

**ORDERED** that the proceeds of the Property Settlement[1] shall be distributed *pro rata* to all of the claims set forth on Exhibits A, B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

**ORDERED** that he proceeds of the Inheritance Settlement shall only be distributed to those claims set forth on Exhibits B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

**ORDERED** that the *pro rata* distribution shall be based upon the total gross value of the claims; and it is further

---

[1] All capitalized terms shall have the same definition as set forth in the Trustee's Memorandum of Law in Support of his Motion to Allocate Assets and Claims.

F0083042 - 1

Page 3
Debtors:     Christopher A. Frey and Ronni M. Frey
Case No.     17-26954 (SLM)
Caption:     Order Allocating Assets and Claims to Each

_____

      **ORDERED** that distributions shall be made in accordance with the provisions of the Bankruptcy Code upon approval of the Trustee's final report.

F0083042 - 1

# EXHIBIT A

### (Claims Against Christopher A. Frey)

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Wells Fargo Bank, N.A. | 4 | $82,636.15 |
| American Express Bank, FSB | 9 | $8,980.66 |
| PNC Bank, N.A. | 11 | $104,583.19 |
| JP Morgan Chase Bank, N.A. | 14 | $168,339.05 |
| JP Morgan Chase Bank, N.A. | 14-2 | $168,339.05 |
| American Express Bank, FSB | 15 | $8,980.66 |

**Total:    $541,858.76**

F0083042 - 1

## EXHIBIT B

**(Claims Against Ronni M. Frey)**

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Motor Credit Corp. | 2 | $14,138.53 |
| Bank of America, N.A. | 10 | $19,815.11 |
| LVNV Funding, LLC as assignee for Citibank, N.A. | 12 | $23,127.77 |
| Toyota Motor Credit Corp. | 13 | $14,138.53 |

**Total:**    **$71,219.94**

F0083042 - 1

# EXHIBIT C

**(Claims Against Christopher A. Frey and Ronni M. Frey)**

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Lease Trust | 1 | $5,174.00 |
| Wells Fargo Bank, N.A. | 3 | $241,640.57 |
| Toyota Lease Trust | 5 | $8,320.00 |
| Wells Fargo Bank, N.A. | 6 | $34,955.32 |
| Wells Fargo Bank, N.A. Home Equity Group | 7 | $333,172.97 |
| Portfolio Recovery Associates, LLC c/o Capital One Bank | 8 | $29,418.54 |
| United States Trustee | 16 | $650.00 |

**Total:**    **$653,331.40**

F0083042 - 1

United States Bankruptcy Court
District of New Jersey

In re:
Christopher A. Frey
Ronni M. Frey
    Debtors

Case No. 17-26954-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2020
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db/jdb         +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

         Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Brian J. Schaffer     on behalf of Creditor     Wells Fargo Bank, N.A. bschaffer@slgcollect.com,
          kcollins@slgcollect.com
         Charles M. Forman     cforman@formanlaw.com,
          lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
         Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
          lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
         David L. Stevens     on behalf of Debtor Christopher A. Frey dstevens@scura.com,
          ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
         David L. Stevens     on behalf of Joint Debtor Ronni M. Frey dstevens@scura.com,
          ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
         Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Elizabeth L. Wassall     on behalf of Creditor     Wells Fargo Bank, N.A. ewassall@logs.com,
          njbankruptcynotifications@logs.com
         Erin Kennedy     on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
          jkisla@formanlaw.com
         Michael A. Artis     on behalf of U.S. Trustee     U.S. Trustee michael.a.artis@usdoj.gov
         Rebecca Ann Solarz     on behalf of Creditor     Toyota Lease Trust rsolarz@kmllawgroup.com
         Robert Davidow     on behalf of Creditor     WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. nj.bkecf@fedphe.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                          TOTAL: 15