| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on June 23, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>                          Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

**ORDER GRANTING TRUSTEE'S FIRST OMNIBUS MOTION
TO DISALLOW AND/OR RECLASSIFY CLAIMS**

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: June 23, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0084637 - 1

Page 2
Debtors:   Christopher A. Frey and Ronni M. Frey
Case No.   17-26954 (SLM)
Caption:   Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify Claims

___

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an order disallowing and/or reclassifying certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on Exhibit A attached hereto be and hereby are disallowed and expunged in their entirety; and it is further

**ORDERED** that the claims set forth on Exhibit B attached hereto be and hereby are reclassified to general unsecured claims.

F0084637 - 1

# EXHIBIT A

## (Disallowed Claims)

| Claimant | Claim No. |
|---|---|
| Toyota Lease Trust | 1 |
| Toyota Lease Trust | 5 |
| Toyota Motor Credit Corp. | 13 |
| American Express Bank, FSB | 15 |

F0084637 - 1

## **EXHIBIT B**

## **(Reclassified Claims)**

| Claimant | Claim No. | Modified Classification |
|---|---|---|
| Wells Fargo Bank, N.A. | 6 | General Unsecured |
| Wells Fargo Bank, N.A. | 7 | General Unsecured |

F0084637 - 1

F0084637 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher A. Frey  
Ronni M. Frey  
    Debtors

Case No. 17-26954-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db/jdb        +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Brian J. Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. bschaffer@slgcollect.com, kcollins@slgcollect.com  
       Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com  
       Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com  
       David L. Stevens    on behalf of Debtor Christopher A. Frey dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
       David L. Stevens    on behalf of Joint Debtor Ronni M. Frey dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
       Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com  
       Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
       Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                        TOTAL: 15