| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on June 24, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

### AMENDED ORDER GRANTING TRUSTEE'S FIRST OMNIBUS MOTION TO DISALLOW AND/OR RECLASSIFY CLAIMS

　　　The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: June 24, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

F0089934 - 1

Page 2
Debtors:     Christopher A. Frey and Ronni M. Frey
Case No.     17-26954 (SLM)
Caption:     Amended Order Granting Trustee's First Omnibus Motion to Disallow and/or Reclassify    Claims

---

Upon the first omnibus motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an order disallowing and/or reclassifying certain claims; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims set forth on Exhibit A attached hereto be and hereby are disallowed and expunged in their entirety; and it is further

**ORDERED** that the claims set forth on Exhibit B are not secured by the assets recovered by the trustee and shall be reclassified to be general unsecured claims for the purposes of receiving a distribution from those assets; however, this order shall not affect the claim holders' liens on real property. The liens shall remain secured liens and shall pass through the bankruptcy case unaffected by the discharge. The claim holders may proceed with their state court rights once the bankruptcy case is closed and pursue their in rem rights against the property commonly known as 14 Seymour Street, Caldwell, NJ 07006.

F0089934 - 1

# EXHIBIT A

## (Disallowed Claims)

| Claimant | Claim No. |
| --- | --- |
| Toyota Lease Trust | 1 |
| Toyota Lease Trust | 5 |
| Toyota Motor Credit Corp. | 13 |
| American Express Bank, FSB | 15 |

F0089934 - 1

# **EXHIBIT B**

### **(Reclassified Claims)**

| Claimant | Claim No. | Modified Classification |
|---|---|---|
| Wells Fargo Bank, N.A. | 6 | General Unsecured |
| Wells Fargo Bank, N.A. | 7 | General Unsecured |

F0089934 - 1

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 17-26954-SLM
Christopher A. Frey                                             Chapter 7
Ronni M. Frey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1           Date Rcvd: Jun 24, 2020
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb         +Christopher A. Frey,    Ronni M. Frey,    14 Seymour Street,    Caldwell, NJ 07006-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian J. Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. bschaffer@slgcollect.com,
               kcollins@slgcollect.com
              Charles M. Forman    cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
              David L. Stevens    on behalf of Debtor Christopher A. Frey dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
              David L. Stevens    on behalf of Joint Debtor Ronni M. Frey dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO
               WACHOVIA BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 15