Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26954−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher A. Frey
14 Seymour Street
Caldwell, NJ 07006

Ronni M. Frey
aka Ronni Barnes
14 Seymour Street
Caldwell, NJ 07006

Social Security No.:
   xxx−xx−3086                                  xxx−xx−5188

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/17/20
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Forman Holt

COMMISSION OR FEES
$28,430.00

EXPENSES
$447.37

If this is a chapter 13 case, the fees and expenses awarded:

- ☐  will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 19, 2020
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26954-SLM |
| Christopher A. Frey | Chapter 7 |
| Ronni M. Frey | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher A. Frey, Ronni M. Frey, 14 Seymour Street, Caldwell, NJ 07006-6111 |
| aty | + | Forman Holt, 66 Route 17 North, First Floor, Paramus, NJ 07652-2742 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3017 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO W, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517148172 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517022008 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517022009 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 517166929 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517022010 | + | CAF International Co., 14 Seymour Street, Caldwell, NJ 07006-6111 |
| 517022014 | + | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517311317 | + | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29950, Mailcode AZ1-1004, Phoenix, Arizona 85038-0950 |
| 517022015 | + | Jialimeiya International, Inc., 1048 Greene Terrace, Davis, CA 95618-6374 |
| 517022017 | | PNC Bank, 249 Fifth Ave, One PNC Plaza, Pittsburgh, PA 15222 |
| 517216029 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |
| 517022016 | #+ | Phelan, Hallinan, Diamond & Jones, LLP, 400 Fellowship Road, ste. 100, Mount Laurel, NJ 08054-3437 |
| 517022018 | + | Rubin & Rothman, LLC, David Kowalenko, Esq., 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 517022019 | + | Saldutti Law Group, Brian J. Schaffer, Esq., 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517022020 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517048776 | + | Toyota Lease Trust, C/O Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517054265 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517022024 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517071286 | + | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, BDBKInquiry@wellsfargo.com 85038-9482 |
| 517022021 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 517111394 | | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517082467 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517022023 | + | Wells Fargo Bank, N.A., 420 Montgomery Street, Attn: Bankruptcy Dept., San Francisco, CA 94104-1298 |
| 517057827 | + | Wells Fargo Bank, N.A., c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517022022 | + | Wells Fargo Bank, N.A., 690 West Cuthbert Blvd., Collingswood, NJ 08108-3642 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 17-26954-SLM    Doc 161    Filed 10/21/20    Entered 10/22/20 00:40:28    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517022011 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 19 2020 21:57:50 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517022012 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 21:57:49 | Chase, 270 Park Ave., New York, NY 10017 |
| 517022013 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 21:59:16 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517231720 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2020 21:57:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517127404 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2020 21:57:53 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518190021 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, N.A., c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517078974 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| jdb | *+ | Ronni M. Frey, 14 Seymour Street, Caldwell, NJ 07006-6111 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com |
| Brian J. Schaffer | on behalf of Creditor Wells Fargo Bank N.A. bschaffer@slgcollect.com, kcollins@slgcollect.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman + | on behalf of Trustee Charles M. Forman cforman@formanlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 137 | Total Noticed: 38 |

lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David L. Stevens

on behalf of Debtor Christopher A. Frey dstevens@scura.com
ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens

on behalf of Joint Debtor Ronni M. Frey dstevens@scura.com
ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall

on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

Erin Kennedy

on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy

on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca Ann Solarz

on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Robert Davidow

on behalf of Creditor WELLS FARGO BANK N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 16