| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on December 9, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel<br><br>Hearing Date:  December 8, 2020<br>Hearing Time: 10:00 a.m. |

**AMENDED ORDER ALLOCATING ASSETS AND CLAIMS TO EACH DEBTOR**

The relief set forth on the following page, numbered two (2) to three (3), be and hereby is

**ORDERED.**

**DATED: December 9, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0115773 - 1

Page 2
Debtors: Christopher A. Frey and Ronni M. Frey
Case No. 17-26954 (SLM)
Caption: Amended Order Allocating Assets and Claims to Each Debtor

Upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an amended order allocating assets and claims to each Debtor and for related relief; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims listed on Exhibit A attached hereto are allocated to the estate of Christopher A. Frey; and it is further

**ORDERED** that the claims listed on Exhibit B attached hereto are allocated to the estate of Ronni M. Frey; and it is further

**ORDERED** that the claims listed on Exhibit C attached hereto are allocated to the estates of Christopher A. Frey and Ronni M. Frey, jointly and severally; and it is further

**ORDERED** that 29% of the administrative claims shall be paid from the joint assets and 71% of the administrative claims shall be paid from the assets of Ronnie Frey only.

**ORDERED** that the proceeds of the Property Settlement[1] shall be distributed *pro rata* to all of the claims set forth on Exhibits A, B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

**ORDERED** that he proceeds of the Inheritance Settlement shall only be distributed to those claims set forth on Exhibits B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

---

[1] All capitalized terms shall have the same definition as set forth in the Trustee's Memorandum of Law in Support of his Motion to Allocate Assets and Claims.

F0115773 - 1

Page 3
Debtors:   Christopher A. Frey and Ronni M. Frey
Case No.   17-26954 (SLM)
Caption:   Amended Order Allocating Assets and Claims to Each

---

**ORDERED** that the *pro rata* distribution shall be based upon the total gross value of the claims; and it is further

**ORDERED** that distributions shall be made in accordance with the provisions of the Bankruptcy Code upon approval of the Trustee's final report.

F0115773 - 1

# EXHIBIT A

### (Claims Against Christopher A. Frey)

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Wells Fargo Bank, N.A. | 4 | $82,636.15 |
| American Express Bank, FSB | 9 | $8,980.66 |
| PNC Bank, N.A. | 11 | $104,583.19 |
| JP Morgan Chase Bank, N.A. | 14-1 | $168,339.05 |
| American Express Bank, FSB | 15 | $8,980.66 |

**Total:**       **$541,858.76**

F0115773 - 1

## **EXHIBIT B**

**(Claims Against Ronni M. Frey)**

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Motor Credit Corp. | 2 | $14,138.53 |
| Bank of America, N.A. | 10 | $19,815.11 |
| LVNV Funding, LLC as assignee for Citibank, N.A. | 12 | $23,127.77 |
| Toyota Motor Credit Corp. | 13 | $14,138.53 |

**Total:      $71,219.94**

# EXHIBIT C

### (Claims Against Christopher A. Frey and Ronni M. Frey)

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Lease Trust | 1 | $5,174.00 |
| Wells Fargo Bank, N.A. | 3 | $241,640.57 |
| Toyota Lease Trust | 5 | $8,320.00 |
| Wells Fargo Bank, N.A. | 6 | $34,955.32 |
| Wells Fargo Bank, N.A. Home Equity Group | 7 | $333,172.97 |
| Portfolio Recovery Associates, LLC c/o Capital One Bank | 8 | $29,418.54 |

Total:    $653,331.40

F0115773 - 1