| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |

**Order Filed on December 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTOPHER A. FREY and RONNI M. FREY,

                Debtors.

Chapter 7

Case No. 17-26954 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: December 8, 2020
Hearing Time: 10:00 a.m.

**AMENDED ORDER ALLOCATING ASSETS AND CLAIMS TO EACH DEBTOR**

    The relief set forth on the following page, numbered two (2) to three (3), be and hereby is

**ORDERED.**

**DATED: December 9, 2020**

                                                        _/s/ Stacey L. Meisel_
                                                       Honorable Stacey L. Meisel
                                                       United States Bankruptcy Judge

F0115773 - 1

Page 2
Debtors:   Christopher A. Frey and Ronni M. Frey
Case No.   17-26954 (SLM)
Caption:   Amended Order Allocating Assets and Claims to Each Debtor

___

Upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Christopher A. Frey and Ronni M. Frey (the "Debtors"), for the entry of an amended order allocating assets and claims to each Debtor and for related relief; and all parties in interest having received an opportunity for notice and a hearing; and the Court having considered all objections, if any, and for good cause shown, it is hereby

**ORDERED** that the claims listed on Exhibit A attached hereto are allocated to the estate of Christopher A. Frey; and it is further

**ORDERED** that the claims listed on Exhibit B attached hereto are allocated to the estate of Ronni M. Frey; and it is further

**ORDERED** that the claims listed on Exhibit C attached hereto are allocated to the estates of Christopher A. Frey and Ronni M. Frey, jointly and severally; and it is further

**ORDERED** that 29% of the administrative claims shall be paid from the joint assets and 71% of the administrative claims shall be paid from the assets of Ronnie Frey only.

**ORDERED** that the proceeds of the Property Settlement[1] shall be distributed *pro rata* to all of the claims set forth on Exhibits A, B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

**ORDERED** that he proceeds of the Inheritance Settlement shall only be distributed to those claims set forth on Exhibits B and C, after payment of the allowed costs of administration and to the extent the claims are valid pursuant to 11 U.S.C. §502; and it is further

---

[1] All capitalized terms shall have the same definition as set forth in the Trustee's Memorandum of Law in Support of his Motion to Allocate Assets and Claims.

F0115773 - 1

Page 3
Debtors:   Christopher A. Frey and Ronni M. Frey
Case No.   17-26954 (SLM)
Caption:   Amended Order Allocating Assets and Claims to Each
_____

**ORDERED** that the *pro rata* distribution shall be based upon the total gross value of the claims; and it is further

**ORDERED** that distributions shall be made in accordance with the provisions of the Bankruptcy Code upon approval of the Trustee's final report.

F0115773 - 1

# EXHIBIT A

### (Claims Against Christopher A. Frey)

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Wells Fargo Bank, N.A. | 4 | $82,636.15 |
| American Express Bank, FSB | 9 | $8,980.66 |
| PNC Bank, N.A. | 11 | $104,583.19 |
| JP Morgan Chase Bank, N.A. | 14-1 | $168,339.05 |
| American Express Bank, FSB | 15 | $8,980.66 |

**Total:** **$541,858.76**

F0115773 - 1

## **EXHIBIT B**

**(Claims Against Ronni M. Frey)**

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Motor Credit Corp. | 2 | $14,138.53 |
| Bank of America, N.A. | 10 | $19,815.11 |
| LVNV Funding, LLC as assignee for Citibank, N.A. | 12 | $23,127.77 |
| Toyota Motor Credit Corp. | 13 | $14,138.53 |

**Total:        $71,219.94**

F0115773 - 1

## EXHIBIT C

**(Claims Against Christopher A. Frey and Ronni M. Frey)**

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| Toyota Lease Trust | 1 | $5,174.00 |
| Wells Fargo Bank, N.A. | 3 | $241,640.57 |
| Toyota Lease Trust | 5 | $8,320.00 |
| Wells Fargo Bank, N.A. | 6 | $34,955.32 |
| Wells Fargo Bank, N.A. Home Equity Group | 7 | $333,172.97 |
| Portfolio Recovery Associates, LLC c/o Capital One Bank | 8 | $29,418.54 |

**Total:    $653,331.40**

F0115773 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26954-SLM |
| Christopher A. Frey | Chapter 7 |
| Ronni M. Frey | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Christopher A. Frey, Ronni M. Frey, 14 Seymour Street, Caldwell, NJ 07006-6111

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**    **Email Address**

Brian J. Schaffer
    on behalf of Creditor Wells Fargo Bank  N.A. bschaffer@slgcollect.com, kcollins@slgcollect.com

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David L. Stevens
    on behalf of Debtor Christopher A. Frey dstevens@scura.com
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens

| | |
|---|---|
| | on behalf of Joint Debtor Ronni M. Frey dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Erin Kennedy | on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com |
| Erin Kennedy | on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor WELLS FARGO BANK N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 15