| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on March 3, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CHRISTOPHER A. FREY and RONNI M. FREY,<br><br>Debtors. | Chapter 7<br><br>Case No. 17-26954 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date: March 2, 2021<br>Hearing Time: 2:30 p.m. |

### ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS <u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 3, 2021**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0121625 - 1

(Page 2)

| | |
|---|---|
| Debtor: | Christopher A. Frey and Ronni M. Frey |
| Case No: | 17-26954 (SLM) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Forman Holt for final compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

Forman Holt be and hereby is awarded final compensation for services rendered in the amount of $ 30,647.50 and reimbursement of expenses in the amount of $ 611.37.