**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

Order Filed on May 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Christopher A. Frey                   CHAPTER 7
    Ronni M. Frey                       CASE NO. 17-26954 - SLM

                Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth is hereby **ORDERED,**

**AND NOW**, this __20__ day of _____May_____, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__6,750.00__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $__0.00__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

~~BY THE COURT:~~

_____
~~Honorable Stacey L. Meisel~~
~~UNITED STATES BANKRUPTCY JUDGE~~

**DATED: May 20, 2021**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge