UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FORMAN HOLT
P.O. Box 627
Paramus, NJ 07653
(201) 845-1000
Charles M. Forman, Trustee
Charles M. Forman, Esq. (CMF-8937)

In Re:

Christopher A. Frey and Ronni M. Frey,

Debtors.

Case No.:   17-26954 (SLM)

Chapter:   7

Judge:   Stacey L. Meisel

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 3011-1(a)

Charles M. Forman, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of $266.13, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Wells Fargo Bank Small Business Lending Division<br>P.O. Box 51174<br>Los Angeles, CA 90051 | $266.13 |

Date:   December 13, 2021

*/s/ Charles M. Forman*
Trustee