Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17–26954–SLM
                                      Chapter: 7
                                      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher A. Frey | Ronni M. Frey |
| 14 Seymour Street | aka Ronni Barnes |
| Caldwell, NJ 07006 | 14 Seymour Street |
| | Caldwell, NJ 07006 |

Social Security No.:
  xxx–xx–3086                                        xxx–xx–5188

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 23, 2022</u>                     <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court